**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Aimee Elizabeth Garcia-Munoz (3),

Defendant.

Case No. 26-cr-01656-LL

JUDGMENT OF DISMISSAL

FILED
Aug 20 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ NatalieBuron DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

8:1324(a)(2)(B)(iii) - Bringing Aliens to the United States Without Presentation (Felony); 8:1324(a)(2)(B)(ii) - Bringing Aliens to the United States for Financial Gain (Felony)

Dated: 8/20/2026

Hon. Brian J. White
United States Magistrate Judge